UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-16660
Muntel L Anderson )
)
) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

# ORDER ALLOWING LATE FILED CLAIM

THIS MATTER coming to be heard pursuant to Debtor's Motion;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Proof of Claim filed by Navient Solutions, LLC number 16-1 is hereby allowed and is deemed timely filed, and

2. Nothing in this order shall require trustee to perform collections regarding any prior payments made to creditors.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 09, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600